# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| CHARLENE DAVIES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 2:24cv2977-SHL-cgc |
| LIMINEX, INC. d/b/a GOGUARDIAN, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Plaintiff Charlene Davies ("Plaintiff") and Defendant Liminex, Inc. d/b/a GoGuardian ("GoGuardian") (collectively, the "Parties"), by and through their respective undersigned counsel, respectfully submit this Joint Status Report, pursuant to the Court's January 24, 2025 Order.

1.  On March 21, 2025, a JAMS Demand for Arbitration was filed.

2.  On June 4, 2025, the Parties received JAMS Notice of Appointment of Arbitrator, Hon. Patricia Cottrell.

3.  A Status Conference was held on July 16, 2025 to set deadlines for discovery, motions, and arbitration dates.

4.  The Parties have stipulated, and Arbitrator Cottrell has agreed, to the following schedule:

    a.  The Parties have agreed to submit a discovery plan to the Arbitrator by August 4, 2025.

    b.  The Parties will file any Motion for Summary Disposition by December 12, 2025.

    c.  The Parties will participate in arbitration proceedings on April 7-9, 2026.

5.      The Parties will continue to cooperate and communicate to ensure compliance with the outlined deadlines.

Dated: July 24, 2025

**THE CRONE LAW FIRM, PLC**

*/s/ Patrick Crone (with consent)*
Alan G. Crone, TN Bar No. 014285
W. Patrick Crone, TN Bar No. 039578
88 Union Avenue, 13th Floor
Memphis, TN 38103
901.737.7740
901.474.7926 (fax)
acrone@cronelawfirmplc.com
pcrone@cronelawfirmplc.com

*Attorneys for Plaintiff*

**HUSCH BLACKWELL LLP**

/s/ *Hillary L. Klein*
Hillary L. Klein, TN #24988
501 Commerce Street, Suite 1620
Nashville, Tennessee 37203
615.949.2240
615.949.2241 (fax)
Hillary.klein@huschblackwell.com

*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of July 2025, I caused the foregoing **JOINT STATUS REPORT** to be filed electronically with the Clerk of the Court, and therefore served upon all counsel of record.


*/s/ Hillary L. Klein*
Hillary L. Klein